AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Securities and Exchange Commission

V.

Robert D. Falor, et al.

CASE NUMBER: 1:09-cv-5644

ASSIGNED JUDGE: Joan B. Gottschall

DESIGNATED MAGISTRATE JUDGE: Sidney I. Schenkier

TO: (Name and address of Defendant)

Robert D. Falor
720 Ringland Road
Riverwoods, Illinois 60015

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Dee A. O'Hair
U.S. Securities and Exchange Commission
175 W. Jackson Blvd., Suite 900
Chicago, IL 60604

an answer to the complaint which is herewith served upon you, within ___21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

September 15, 2009

Date

# Affidavit of Process Server

__SEC__ vs __Robert D. Falor et al.__  1:09CV5644
PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE #

Being duly sworn, on my oath, I, __BEN PURSER__,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Robert D. Falor__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☒ Summons and Complaint

by serving (NAME) __ROBERT D. FALOR__

at ☐ Home _____
☒ Business __CUYAHOGA COUNTY JUSTICE CENTER, 1200 Ontario Street, Cleveland, Ohio 44113, out-__
☐ on (DATE) __9/29/09__ at (TIME) __2:20 PM__ __side of courtroom 17-A__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☒ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address  ☐ Evading  ☐ Other: _____
☐ Address Does Not Exist  ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding  ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____ ( )_____
DATE TIME  DATE TIME
( )_____ ( )_____ ( )_____
DATE TIME  DATE TIME  DATE TIME

**Description:**
☒ Male  ☒ White Skin  ☐ Black Hair  ☐ White Hair  ☐ 14-20 Yrs.  ☐ Under 5'  ☐ Under 100 Lbs.
☐ Female  ☐ Black Skin  ☒ Brown Hair  ☐ Balding  ☐ 21-35 Yrs.  ☐ 5'0"-5'3"  ☐ 100-130 Lbs.
         ☐ Yellow Skin  ☐ Blond Hair           ☒ 36-50 Yrs.  ☐ 5'4"-5'8"  ☐ 131-160 Lbs.
         ☐ Brown Skin  ☐ Gray Hair  ☐ Mustache  ☐ 51-65 Yrs.  ☐ 5'9"-6'0"  ☒ 161-200 Lbs.
☐ Glasses ☐ Red Skin  ☐ Red Hair  ☐ Beard  ☐ Over 65 Yrs.  ☒ Over 6'  ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of __Ohio__  County of __Summit__

__BEN PURSER__  SERVED BY
LASALLE PROCESS SERVERS

Subscribed and sworn to before me,
a notary public, this __1st__ day of __October__, 20 __09__

NOTARY PUBLIC

JENNIE BERGEMANN
Resident Summit County
NOTARY PUBLIC, STATE OF OHIO
My Commission Expires March 22, 2014

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.