UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

_____

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

           **Plaintiff,**

           v.

ROBERT D. FALOR

           **Defendant,**

JENNIFER L. FALOR

           **Relief Defendant.**
_____

Case No. 1:09 CV 5644

Judge Joan B. Gottschall

Mag. Sidney I. Schenkier

## PLAINTIFF'S AGREED MOTION FOR THE ENTRY OF JUDGMENT AGAINST RELIEF DEFENDANT JENNIFER L. FALOR

By agreement of the parties, and pursuant to Rule 58(d) of the Federal Rules of Civil Procedure, Plaintiff, the United States Securities and Exchange Commission ("the Commission"), respectfully requests that this Court enter the proposed order of final judgment against Relief Defendant Jennifer L. Falor which is attached hereto as Exhibit 2.

    1.    The Commission has filed a civil complaint against Relief Defendant Jennifer L. Falor. (*See* Docket No. 1)

    2.    Relief Defendant Jennifer L. Falor has agreed previously to resolve this matter by the entry of a final judgment which finds her liable for disgorgement of $930,243.00, representing ill-gotten gains resulting from the violations of the federal securities laws of Defendant Robert Falor as alleged in the civil complaint, together with

prejudgment interest thereon in the amount of $508,473.26, for a total of $1,438,716.26, but which waives payment of all but $140,100.00 of the disgorgement and prejudgment interest based upon Relief Defendant's sworn representations in her Statement of Financial Condition dated February 19, 2013 and other documents and information submitted to the Commission. (*See* Exhibit 1, Consent of Relief Defendant Jennifer L. Falor at ¶ 2.)

       3.     The proposed judgment order has been reviewed and approved by Relief Defendant Jennifer L. Falor and her counsel. (*See* Exhibit 2)

       4.     Accordingly, the Commission requests that this Court enter the proposed order of Final Judgment as to Relief Defendant Jennifer L. Falor.

                      Respectfully submitted,

                      s/ Dee A. O'Hair
                      DEE A. O'HAIR
                      Attorney for Plaintiff
                      Ohio Bar No. 0063523
                      UNITED STATES SECURITIES AND
                      EXCHANGE COMMISSION
                      175 West Jackson Boulevard, Suite 900
                      Chicago, Illinois 60604
                      Telephone: (312) 353-5421
                      E-mail: ohaird@sec.gov

Date: August 1, 2013

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she caused a copy of the foregoing **Plaintiff's Agreed Motion for the Entry of Judgment against Relief Defendant Jennifer L. Falor** to be filed electronically with the Clerk of Court through the District Court's Case Management/Electronic Case Filing System, which provides notice and service of each electronic filing to each of the following individuals:

Leigh D. Roadman, Esq.
Mason N. Floyd, Esq.
William G. Sullivan, Esq.
Martin, Brown, Sullivan, Roadman & Hartnett, Ltd.
135 South LaSalle Street, Suite 3200
Chicago, Illinois 60603
Tele. : (312) 360-5000
Email: roadman@mbsrhlaw.com; floyd@mbslaw.com; sullivan@mbslaw.com

*Attorneys for Relief Defendant Jennifer L. Falor*

Anton Ronald Valukas, Esq.
Jeffrey S. Eberhard, Esq.
Jenner & Block LLP
353 North Clark Street
Chicago, IL  60654
(312) 222-9350
JEberhard@jenner.com

*Attorneys for Defendant Robert D. Falor*

                                                            s/Dee A. O'Hair
                                                            Dee A. O'Hair

Date:  August 1, 2013